of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROLD LAMONT USHER, Appellant. [926 NYS2d 839]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v HONORABLE FRANK J. CLARK, III, Erie County District Attorney, Respondent. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v HONORABLE FRANK J. CLARK, III, Erie County District Attorney, Respondent. (Appeal No. 2.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v HONORABLE JOHN A. DILLON, Erie County Court Judge, et al., Respondents. (Appeal No. 3.) [926 NYS2d 838]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE KIMBROUGH, Appellant. [926 NYS2d 839]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AHMIR COLE, Appellant. [926 NYS2d 839]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BRINK, Appellant. [926 NYS2d 838]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.

■ WALTER R. BAKOS, Respondent, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. [926 NYS2d 838]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant.(Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 2.) [926 NYS2d 838]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ MARLINO GRESS et al., on Behalf of Themselves and All Other Similarly Situated Persons, Respondents, v BYRON BROWN,